HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW M. SCOBLE, #237432
Assistant Federal Defender
801 "I" Street, 3rd Floor
Sacramento, CA 95814
916-498-5700
Matthew_scoble@fd.org

Attorney for Defendant
KIM ROGERS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  2:15-cr-00016 MCE |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION TO CONTINUE MOTION BRIEFING SCHEDULE AND MOTION; EXCLUDE TIME |
| v. | ) | |
| KIM ROGERS | ) ) | Date:  September 10, 2015 |
| Defendant. | ) ) ) | Time:  9:00 a.m. Judge: Hon. Morrison C. England, Jr. |

Kim Rogers, by and through his counsel, Matthew M. Scoble, Esq., of the Office of the Federal Defender, and Michael McCoy, Assistant United States Attorney, hereby stipulate and agree that the motion to suppress be continued from July 16, 2015 at 9:00 a.m. to September 10, 2015 at 9:00 a.m., and that the briefing schedule be set as follows:

Motion due:  August 6, 2015

Opposition due:  August 20, 2015

Reply due:  August 27, 2015

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including September 10, 2015;  pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

| | | |
|---|---|---|
| 1 | Dated: June 3, 2015 | HEATHER E. WILLIAMS<br>Federal Defender |
| 2 | | |
| 3 | | */s/ Matthew M. Scoble*<br>MATTHEW M. SCOBLE |
| 4 | | Assistant Federal Defender<br>Attorney for Defendant |
| 5 | | KIM EDWARD ROGERS |
| 6 | Dated:  June 3, 2015 | BENJAMIN WAGNER<br>United States Attorney |
| 7 | | |
| 8 | | */s/ Michael McCoy*<br>MICHAEL MCCOY<br>Assistant U.S. Attorney |
| 9 | | Attorney for Plaintiff |

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Time is excluded to provide defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested briefing schedule and continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders that the time from the date of this order, up to and including September 10, 2015, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv)(reasonable time for counsel to prepare - Local Code T4). It is further ordered that the motion hearing be set for September 10, 2015 at 9:00 a.m. The proposed briefing schedule is adopted.

IT IS SO ORDERED.

Dated:  June 8, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT