HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW M. SCOBLE, #237432
Assistant Federal Defender
801 "I" Street, 3rd Floor
Sacramento, CA 95814
916-498-5700
Matthew_scoble@fd.org

Attorney for Defendant
KIM ROGERS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:15-cr-00016 MCE |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION TO AMEND MOTION BRIEFING SCHEDULE |
| v. | ) ) | |
| KIM ROGERS | ) ) | Date: September 10, 2015 Time: 9:00 a.m. |
| Defendant. | ) ) ) | Judge: Hon. Morrison C. England, Jr. |

  Kim Rogers, by and through his counsel, Matthew M. Scoble, Esq., of the Office of the Federal Defender, and Katherine Lydon, Assistant United States Attorney, hereby stipulate and agree that the defense motion to suppress is now due no later than August 7, 2015. The opposition and reply of the current briefing schedule will remain as follows:

  Motion due:  August 7, 2015

  Opposition due:  August 20, 2015

  Reply due:  August 27, 2015

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

| | | |
|---|---|---|
| 1 | Dated: August 6, 2015 | HEATHER E. WILLIAMS<br>Federal Defender |
| 2 | | |
| 3 | | */s/ Matthew M. Scoble*<br>MATTHEW M. SCOBLE |
| 4 | | Assistant Federal Defender<br>Attorney for Defendant |
| 5 | | KIM EDWARD ROGERS |
| 6 | Dated:  August 6, 2015 | BENJAMIN WAGNER<br>United States Attorney |
| 7 | | |
| 8 | | */s/ Katherine Lydon*<br>KATHERINE LYDON<br>Assistant U.S. Attorney |
| 9 | | Attorney for Plaintiff |

**O R D E R**

The Court orders that defense motion to suppress is now due no later than August 7, 2015. The opposition and reply dates of the briefing schedule will remain the same. The proposed briefing schedule is adopted.

IT IS SO ORDERED.

Dated: August 10, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT