UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

KIM ROGERS,

        Defendant.
_____ /

Case No. 2:15-cr-00016-MCE

ORDER FOR RELEASE OF PERSON IN CUSTODY

TO: THE UNITED STATES MARSHAL SERVICE.

This is to authorize and direct you to release KIM ROGERS, No. 2:15-cr-00016-MCE, from custody for the following reasons:

| | |
|---|---|
| ___ | Release on Personal Recognizance |
| ___ | Bail Posted in the Sum of $ |
| ___ | Unsecured Appearance Bond |
| ___ | Appearance Bond with 10% Deposit |
| ___ | Appearance Bond with Surety |
| ___ | Corporate Surety Bail Bond |
| X | Other:  The Court granted the defense Motion to Dismiss the Indictment and ordered the defendant released forthwith. |

Issued at Sacramento, California on December 17, 2015, at 9:15 a.m.

DATED:   December 17, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT