HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW M. SCOBLE, #237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
matthew_scoble@fd.org

Attorney for Defendant
KIM EDWARD ROGERS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:15-cr-0016 MCE |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | |
| KIM EDWARD ROGERS, | Date: January 7, 2016<br>Time: 9:00 a.m.<br>Judge: Hon. Morrison C. England, Jr. |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Benjamin Wagner, U.S. Attorney,

through  Katherine Lydon, Assistant United States Attorney, attorney for Plaintiff, and Heather

Williams, Federal Defender, through Assistant Federal Defender, Matthew M. Scoble, attorney

for  Kim Rogers that the status conference, currently scheduled for  January 7, 2016, be

continued to  February 11, 2016 at 9:00 a.m. at the Court's request.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be

excluded of this order's date through and including February 11, 2016;  pursuant to 18 U.S.C.

§3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4

based upon continuity of counsel and defense preparation.

/ / /

/ / /

/ / /

1         Counsel and the defendant also agree that the ends of justice served by the Court granting

2    this continuance outweigh the best interests of the public and the defendant in a speedy trial.

3                       Respectfully submitted,

4    Dated: January 7, 2016        HEATHER E. WILLIAMS
     Federal Defender
5

6                       */s/ Matthew M. Scoble*
     MATTHEW M. SCOBLE
     Assistant Federal Defender
7    Attorney for Defendant

8    Dated: January 7, 2016

9                       BENJAMIN B. WAGNER
     United States Attorney

10                      */s/ Katherine Lydon*
     KATHERINE LYDON
11   Assistant U.S. Attorney
     Attorney for Plaintiff
12

13                           ORDER

14        The Court, having received, read, and considered the parties' stipulation, and good cause

15   appearing therefore, adopts the parties' stipulation in its entirety as its order. It specifically finds

16   the failure to grant a continuance in this case would deny counsel reasonable time necessary for

17   effective preparation, taking into account the exercise of due diligence, and the ends of justice

18   are served by granting the requested continuance and outweigh the best interests of the public

19   and defendant in a speedy trial. Time from the date the parties stipulated, up to and including

20   2/11/2016, shall be excluded from computation of time within which the trial of this case must

21   be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv)

22   [reasonable time for counsel to prepare] and General Order 479, (Local Code T4).  The  January

23   7, 2016 status conference shall be continued until February 11, 2016, at 9:00 a.m.

24        IT IS SO ORDERED.
     **Dated:  January 11, 2016**
25

26

27   MORRISON C. ENGLAND, JR., CHIEF JUDGE
     UNITED STATES DISTRICT COURT

28