HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW M. SCOBLE, #237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
matthew_scoble@fd.org

Attorney for Defendant
KIM EDWARD ROGERS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:15-cr-0016 MCE |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | Date: February 11, 2016 |
| KIM EDWARD ROGERS, | Time: 9:00 a.m. |
| Defendant. | Judge: Hon. Morrison C. England, Jr. |

IT IS HEREBY STIPULATED by and between Benjamin Wagner, U.S. Attorney,

through  Katherine Lydon, Assistant United States Attorney, attorney for Plaintiff, and Heather

Williams, Federal Defender, through Assistant Federal Defender, Matthew M. Scoble, attorney

for  Kim Rogers that the status conference, currently scheduled for  February 11, 2016, be

continued to  February 25, 2016 at 9:00 a.m.

Defense counsel requires additional time to prepare and consult with his client.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be

excluded of this order's date through and including February 25, 2016;  pursuant to 18 U.S.C.

§3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4

based upon continuity of counsel and defense preparation.

/ / /

/ / /

1      Counsel and the defendant also agree that the ends of justice served by the Court

2   granting this continuance outweigh the best interests of the public and the defendant in a speedy

3   trial.

4            Respectfully submitted,

5   Dated: February 5, 2016    HEATHER E. WILLIAMS
               Federal Defender
6

7               */s/ Matthew M. Scoble*
               MATTHEW M. SCOBLE
               Assistant Federal Defender
8                  Attorney for Defendant

9   Dated: February 5, 2016

10                 BENJAMIN B. WAGNER
               United States Attorney

11              */s/ Katherine Lydon*
               KATHERINE LYDON
12                 Assistant U.S. Attorney
               Attorney for Plaintiff

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

<u>ORDER</u>

2          The Court, having received, read, and considered the parties' stipulation, and good cause

3   appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court

4   specifically finds the failure to grant a continuance in this case would deny counsel reasonable

5   time necessary for effective preparation, taking into account the exercise of due diligence.  It

6   further finds the ends of justice are served by granting the requested continuance and outweigh

7   the best interests of the public and defendant in a speedy trial.

8          The Court orders the time from the date the parties stipulated, up to and including

9   February 25, 2016, shall be excluded from computation of time within which the trial of this case

10  must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A)

11  and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It

12  is further ordered the  February 11, 2016 status conference shall be continued until February 25,

13  2016, at 9:00 a.m.

14         IT IS SO ORDERED.

15  Dated:  February 10, 2016

16

17  _____
    MORRISON C. ENGLAND, JR., CHIEF JUDGE

18  UNITED STATES DISTRICT COURT

19

20

21

22

23

24

25

26

27

28