BENJAMIN B. WAGNER
United States Attorney
MATTHEW D. SEGAL
KATHERINE T. LYDON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: 916-554-2722

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-0016 MCE |
| Plaintiff, | ORDER DISMISSING INDICTMENT |
| v. | |
| KIM EDWARD ROGERS, | |
| Defendant. | |

The government's motion to dismiss the Indictment is granted. Fed. R. Crim. P. 48(a). The Indictment filed January 22, 2015 is hereby DISMISSED without prejudice, and the February 25, 2016, status conference is VACATED.

IT IS SO ORDERED.

Dated: February 25, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

ORDER DISMISSING INDICTMENT